UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRANDON M. EVANS, on behalf of himself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>vs.  )<br>)<br>DIVERSIFIED ADJUSTMENT SERVICES, INC.,  )<br>)<br>Defendant.  )<br>) | CIVIL ACTION<br><br>File No. 5:24-cv-00403-SO<br><br>Judge Solomon Oliver, Jr.<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, BRANDON M. EVANS, by and through undersigned counsel hereby files this Voluntary Dismissal with Prejudice with regard to Defendant, DIVERSIFIED ADJUSTMENT SERVICES, INC. The dismissal of all claims on behalf of any putative class are made without prejudice. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

This 8th day of April 2024

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
4/19/2024

/s/Seth M. Lehrman
Seth M. Lehrman
ND Ohio No. FL132896
LEHRMAN LAW
951 Yamato Road, Suite 285
Boca Raton, FL 33431
(954) 323-2066
seth@lehrmanlaw.com

Robert W. Murphy, Esq.
ND Ohio No. FL717223
LAW OFFICE OF ROBERT W. MURPHY
440 Premier Circle, Suite 240
Charlottesville, Virginia 22901
(434) 328-3100 / (954)763-8660
rwmurphy@lawfirmmurphy.com

John A. Love, Esq.
ND Ohio No. GA459155
LOVE CONSUMER LAW
2500 Northwinds Parkway, Suite 330
Alpharetta, GA  30009
(404) 855-3600
tlove@loveconsumerlaw.com

*Counsel for Plaintiff*